UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARNOLDO JOSE MARQUEZ-PULIDO,

    Defendant.
_____/

CASE NO. 26-mj-30127

HON. UNASSIGNED

## Appearance

To the Clerk of this Court and all parties of record:

Please enter my appearance as Counsel in this case for Arnoldo Jose Marquez-Pulido.  I certify that I am admitted to practice in the Court.

    Respectfully submitted,

    **FEDERAL COMMUNITY DEFENDER**

    s/ *Celeste C. Kinney*
    CELESTE C. KINNEY (P82756)
    613 Abbott Street, Suite 500
    Detroit, Michigan 48226
    T: 313-967-5843
Dated: March 11, 2026    E: celeste_kinney@fd.org